# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOELLE NEW, ADMINISTRATOR OF THE ESTATE OF JAMIE OVERSTREET,**<br><br>    **Plaintiff,**<br><br>-vs-<br><br>**THE CITY OF COLUMBUS, et al.,**<br><br>    **Defendants.** | CASE NO. 2:24- CV-2253<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Kimberly A. Jolson |

## NOTICE OF DISMISSAL

Plaintiff, Joelle New, Administrator of the Estate of Jamie Overstreet, through counsel, hereby give notice of the voluntary dismissal without prejudice of the 42 U.S.C. § 1983 *Monell* Claim Against Defendant City of Columbus, as stated in her Complaint, pursuant to Fed.R.Civ.P. 41(a), and respectfully requests that the Court enter an order reflecting the same.

   Respectfully submitted,

   **MONAH LAW OFFICE, LPA**
   */s/ Isaac Tom Monah*
   Isaac Tom Monah, Esq. (OH 0098789)
   2000 Auburn Drive, Ste. 200
   Beachwood, OH 44122
   Phone: 216-501-9119
   Fax: 216-378-7505
   Email: tom@monahlaw.com

   And

   Terry H. Gilbert
   Friedman, Gilbert, and Gerhardstein

1

50 Public Square, Ste.1900  
Cleveland, OH 44113  
*Counsels for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Isaac Tom Monah*  
Isaac Tom Monah (0098789)

2